# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

December 30, 2013

Daniel S. Ruzumna
Partner
(212) 336-2034
Direct Fax (212) 336-1205
druzumna@pbwt.com

**BY ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/02/2014

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   In re 650 Fifth Avenue and Related Properties,
      08 Civ. 10934 (KBF)

Dear Judge Forrest:

We respectfully submit this letter on behalf of the Alavi Foundation (the "Foundation") and the 650 Fifth Avenue Company (the "Fifth Avenue Company") to request that the schedule to submit any additional filing regarding the Foundation's bank accounts be made uniform as to all parties. The Court previously set a deadline of January 6, 2014 for the parties' filings, but recently granted the Government a one-week extension. (Dkt. No. 1058). The Foundation respectfully requests the same one week extension to file its submission. The proposed deadline for all parties would be Monday, January 13, 2014, the same deadline as the Government's.

Respectfully submitted,

/s/ *Daniel S. Ruzumna*
Daniel S. Ruzumna

cc:   Counsel of record

Application granted.

K. B. Forrest

KATHERINE B. FORREST
United States District Judge
01/02/2014

6613556v.1